1024

[No. 35826-3-II. Division Two. November 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIGETTE MARY SHAFFER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03747-6, Linda CJ Lee, J., entered January 19, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 35870-1-II. Division Two. November 6, 2007.]

JAMES L. BRUMMETT, *Appellant*, v. WASHINGTON'S LOTTERY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-01347-3, Anne Hirsch, J., entered January 26, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 35885-9-II. Division Two. November 6, 2007.]

JACK WALTER ET AL., *Respondents*, v. SCOTT BAUER ET AL., *Defendants*, ALICE A. BAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-05122-5, Beverly G. Grant, J., entered January 5, 2007. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 25058-0-III. Division Three. November 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN MENDOZA LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-02219-9, Ruth Reukauf, J., entered March 16, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.